IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02251-MEH

GOLIGHT, INC.,

    Plaintiff,

v.

NORTHERN TOOL & EQUIPMENT COMPANY, INC.,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 31, 2015.**

    For good cause shown, the Joint Motion for Entry of Stipulated Protective Order [filed December 30, 2015; docket #18] is **granted**. The parties' proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.